UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>        Petitioner,<br><br>   v.<br><br>S. FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. 16-cv-02985-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS**<br><br>Re: Dkt. No. 16 |

Good cause appearing, Respondent's motion for an extension of time to file a motion to dismiss the habeas petition is GRANTED. Respondent's motion to dismiss, filed November 22, 2016, is deemed timely filed. Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition on or before **December 20, 2016**, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14)** days of the date any opposition is filed.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: 11/28/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge