UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISIDRO ROMAN,

    Petitioner,

    v.

S. FRAUENHEIM, Warden,

    Respondent.

Case No. 16-cv-02985-HSG (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 21

Good cause appearing, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED.  Petitioner shall file his opposition no later than **January 31, 2017**.  Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated: 12/29/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge