UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. FRAUENHEIM, Warden,<br><br>　　　　　Respondent. | Case No. 16-cv-02985-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 23 |

　　Good cause appearing, petitioner's second request for an extension of time to file an opposition to respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition no later than **March 17, 2017**. Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

　　This order terminates Docket No. 23.

　　**IT IS SO ORDERED.**

Dated: 2/17/2017

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge