# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br><br>    Petitioner,<br><br>  v.<br><br>S. FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. 16-cv-02985-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge