UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMAN,<br>    Petitioner,<br>v.<br>S. FRAUENHEIM, Warden,<br>    Respondent. | Case No. 16-cv-02985-HSG (PR)<br><br>**ORDER DENYING PETITIONER'S "MOTION FOR LEAVE TO AMEND"**<br>Re: Dkt. No. 38 |

On June 3, 2016, petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court dismissed the petition as procedurally defaulted, declined to issue a Certificate of Appealability, and entered judgment in favor of respondent on May 30, 2017. On October 18, 2017, the Court denied petitioner's motion for relief from judgment. Now before the Court is petitioner's "motion for leave to amend," in which he requests that the Court "dismiss any and all petition now pending before this court and moot/dismiss any and all previous ruling issued by this court in the above entitled action" Dkt. No. 38. The motion is DENIED as there is no petition pending in this action. As noted above, the petition was dismissed on May 30, 2017, and judgment was entered the same day. To the extent petitioner disagrees with the Court's ruling, he should present his arguments on appeal if and when the Ninth Circuit grants him a Certificate of Appealability. To the extent he seeks to bring new claims, he may file a new federal petition for writ of habeas corpus only after first obtaining from the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A).

1  The Clerk shall send petitioner an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit.

This order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Dated: 1/5/2018

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge